17-1788-cv
*Darby v. Meredith*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this Court's Local Rule 32.1.1. When citing a summary order in a document filed with this Court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of October, two thousand eighteen.

PRESENT:    JOSÉ A. CABRANES,
            BARRINGTON D. PARKER,
                    *Circuit Judges.*
            KIYO MATSUMOTO,
                    *District Judge.*[*]

_____

JOHN F. DARBY,

          *Plaintiff-Appellant*,           17-1788-cv

          v.

ROBERT J. MEREDITH

          *Defendant-Appellee.*

_____

[*] Judge Kiyo Matsumoto, of the United States District Court for the Eastern District of New York, sitting by designation.

**FOR PLAINTIFF-APPELLANT:**                    John F. Darby, *pro se*, Brooklyn, CT.

**FOR DEFENDANT-APPELLEE:**                    No appearance.


Appeal from the May 4, 2017 judgment of the United States District Court for the District of Connecticut (Victor A. Bolden, *Judge*).

**UPON DUE CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court be, and hereby is, **AFFIRMED**.

Appellant John F. Darby, proceeding *pro se*, appeals the District Court's *sua sponte* dismissal of his 42 U.S.C. § 1983 complaint against Special Public Defender Robert J. Meredith for failure to state a claim. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal. After reviewing the record, we affirm the District Court's judgment for substantially the same reasons as those given by the District Court in its May 2, 2017 Initial Review Order. *Darby v. Meredith*, No. 3:17-CV-591 (VAB), 2017 WL 1702498 (D. Conn. May 2, 2017).

## CONCLUSION

We have reviewed all of the arguments raised by Darby on appeal and find them to be without merit. The May 4, 2017 judgment of the District Court is **AFFIRMED**.


FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk